THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-192-RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT |
| CLARENCE L. DARDEN, | |
| Defendant. | |

THE COURT has considered Mr. Darden's motion to seal Exhibit 3 and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DONE this 11th day of December 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Clarence L. Darden

ORDER TO SEAL EXHIBIT
(*United States v. Darden*, CR24-192-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100