The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLARENCE DARDEN, <br><br> Defendant. | NO. CR24-192 RSM <br><br> ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THIS COURT has considered the parties Joint Motion to Extend Deadline for Pretrial Motions. Based on the Motion submitted therewith, the Court hereby ORDERS as follows:

The parties Join Motion to Extend Deadline for Pretrial Motions is GRANTED. The due date for pretrial motions is extended from September 5, 2025, to September 12, 2025.

Dated this 2nd day of September, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion to Extend
Deadline for Pretrial Motions
*United States v. Darden*, CR24–192 RSM- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970